# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANNA OSIPOV,** | ) Case No. **2:16-cv-06291-AB-FFM** |
| **Plaintiff,** | ) ORDER |
| vs. | ) |
| **BMW OF NORTH AMERICA, LLC,** | ) |
| **Defendant.** | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this 8th day of May, 2017.

_____
Honorable Judge André Birotte Jr.